In re DRESCHER. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) In the matter of the application of Alexander S. Drescher.

PER CURIAM. Determination of the board of elections and the order of the Special Term, in so far as they sustained the objections to the certificate of nomination of Alexander S. Drescher, reversed, without costs, and the board of elections is directed to print and cause to be printed upon the official ballots to be voted for at the general election to be held in November, 1909, in the column headed by Civic Alliance and emblem of the figure of Justice, as candidate for the office of alderman in the Sixty-Fifth Aldermanic district, city of New York, the name of Alexander S. Drescher.

DRISCOLL, Respondent, v. AMERICAN FIDELITY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by May L. Driscoll, as executrix, etc., against the American Fidelity Company. No opinion. Judgment and order affirmed, with costs.

DRISCOLL, Respondent, v. AMERICAN FIDELITY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 29, 1909.) Action by May L. Driscoll, as administratrix, etc., against the American Fidelity Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, supra.

DUELL, Respondent, v. EDICK, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Irving Duell against Fred Edick. No opinion. Judgment affirmed, with costs.

DUESER, Respondent, v. MEYER et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Ferdinand A. Dueser against Alonzo P. Meyer and another, as executors, etc. No opinion. Motion for reargument denied, with costs. See, also, 129 App. Div. 598, 114 N. Y. Supp. 64.

DUNN v. NEW YORK HERALD CO. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Robert L. Dunn against the New York Herald Company. No opinion. Judgment and order reversed on argument, without costs, and new trial granted. See, also, 119 App. Div. 477, 104 N. Y. Supp. 94.

In re EAST EIGHTY-SIXTH ST. in CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) In the matter of acquiring title by the City of New York to certain lands and premises between East Eighty-Sixth street and East Ninety-Second street, Avenue D, and the Long Island Railroad Company, in the borough of Brooklyn, etc. No opinion. Order confirming report of commissioners affirmed, with $50 costs and disbursements.

EDGAR, Appellant, v. ADAMS, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 13, 1909.) Action by Hattie U. Edgar against Harriet A. Adams. No opinion. Judgment and order affirmed, with costs.

In re EDUCATIONAL ALLIANCE. (Supreme Court, Appellate Division, First Department. July 13, 1909.) In the matter of the Educational Alliance. No opinion. Application granted. Order filed.

EGBERT, Respondent, v. MANOR REALTY CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by George W. Egbert against the Manor Realty Company and others. No opinion. Judgment affirmed, with costs.

EHRICH, Respondent, v. DESSAR, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Samuel W. Ehrich against Leo C. Dessar. F. Bien, for appellant. A. H. Kohn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 130 App. Div. 110, 114 N. Y. Supp. 271.

EHRICH v. ROOT. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Samuel W. Ehrich against Henry A. Root. No opinion. Motion granted. Settle order on notice. See, also, 122 App. Div. 719, 107 N. Y. Supp. 846.

In re ELECTION OF DIRECTORS OF MANOCA TEMPLE ASS'N. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) In the matter of the election of directors of the Manoca Temple Association. No opinion. Motion denied, without costs. Order unanimously affirmed, with costs. See, also, 128 App. Div. 796, 113 N. Y. Supp. 172.

ELLIS v. HEARN. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Edith H. Ellis against George A. Hearn. No opinion. Motion denied, with $10 costs. Order filed. See, also, 116 N. Y. Supp. 977.

ELLIS et al., Respondents, v. TOWN OF PELHAM, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Augustus V. H. Ellis and another against the Town of Pelham. No opinion. Judgment (116 N. Y. Supp. 87) affirmed, with costs.

ELLISON, Respondent, v. FORD, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by